IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STAICEY BOU, | ) |
| | ) |
| Plaintiff, | ) No. 3:23-cv-00908 |
| | ) |
| v. | ) |
| | ) |
| VICTORIA'S SECRET STORES. LLC., | ) JUDGE RICHARDSON |
| | ) |
| Defendant. | ) |

## ORDER

The parties have filed a Stipulation of Dismissal (Doc. No. 28, "Stipulation"), which was signed by counsel for all parties and filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Stipulation asserts that all matters between these parties have been settled and compromised. Under Rule 41(a)(1)(A)(ii), the Stipulation suffices to dismiss this action without any action on the part of the Court. Because the parties have stated that the dismissal is with prejudice the dismissal in fact is with prejudice.

Accordingly, the Court acknowledges that this action has been **DISMISSED** with prejudice, and the Clerk is directed to enter judgment pursuant to Fed. R. Civ. P. 58 and close the file.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE